NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THERON SPEIGHTS,           )
                           )
          Appellant,       )
                           )
v.                         )          Case No. 2D17-3955
                           )
STATE OF FLORIDA,          )
                           )
          Appellee.        )
_____)

Opinion filed February 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Frank Quesada,
Judge.

PER CURIAM.

Affirmed.  See Speights v. State, 202 So. 3d 420 (Fla. 2d DCA 2016) (table decision); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So. 3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Speights v. State, 11 So. 3d 953 (Fla. 2d DCA 2009) (table decision); Valdez-Garcia v. State, 965 So. 2d 318 (Fla. 2d DCA 2007); Henry v. State, 933 So. 2d 28 (Fla. 2d DCA 2006); Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Speights v. State, 875 So. 2d 620 (Fla. 2d DCA 2004) (table decision); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Harris v. State,

777 So. 2d 994 (Fla. 2d DCA 2000); <u>Harris v. State</u>, 789 So. 2d 1114 (Fla. 1st DCA 2001).

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.